# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MICHAEL LESTER, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

CVS PHARMACY, INC.,

                Defendant.

-----------------------------------------------------------------------X

22 **CIVIL** 7334 (PKC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2024, The Court GRANTS CVS's Motion to Dismiss with respect to all claims. Judgment is entered for the defendant and the case is closed.

**Dated:** New York, New York

      March 27, 2024

                                              **RUBY J. KRAJICK**

                                                 Clerk of Court

                       **BY:**

                                                 **Deputy Clerk**